IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ENRIQUE R. BAUTISTA,** | 08-CV-546-PK |
| Petitioner, | **JUDGMENT** |
| v. | |
| **MARK NOOTH,** | |
| Respondent. | |

Based on the Court's Opinion and Order (#39) issued May 31, 2011, the Court **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 31st day of May, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT